# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# DIVISION

| | |
|---|---|
| HENRY LEON FERRELL, | Civil No. 2:18-CV-0285-MAT |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, the Court hereby ORDERS that the Commissioner's final decision should be reversed and remanded for further administrative proceedings and a new decision under the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the administrative law judge to offer Plaintiff the opportunity for a new hearing; reevaluate the opinion evidence of record; reevaluate Plaintiff's alleged symptoms; as necessary, reassess Plaintiff's maximum residual functional capacity; and obtain supplemental vocational expert evidence if needed. The ALJ will issue a new decision

Upon proper application, Plaintiff may seek an award of reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, et seq.

Page 1      ORDER - [2:18-CV-285-MAT]

DATED this 20th day of August, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Christopher J. Brackett
CHRISTOPHER J. BRACKETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2545
Fax: (206) 615-2531
christopher.brackett@ssa.gov